UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Revised 07/07 WDNY

Mone' Emani Falishia Holsey
D.M.C. JR, KLINOFE A. HOLSEY JR. **Jury Trial Demanded: Yes** ✓ **No**____
Kina A.N. HOLSEY
Name(s) of Plaintiff or Plaintiffs

-vs-

**DISCRIMINATION COMPLAINT**
25 -CV- 6269

Sutherland Global Services Inc.
Meta INC.
Meta Platforms Inc.
Name of Defendant or Defendants

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision**, **AND** a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

***Note:*** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).

**NOTE**: In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

✓ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).

**NOTE**: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

✓ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).

**NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above**, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

_____ New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

## PARTIES

1. My address is: 855 Avenue D Rochester NY, 14621

My telephone number is: 518-726-4428

2. The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

Name: Meta Inc., Sutherland Global Services Inc.

Number of employees: ______

Address: 1753 Sullys Trail Suite 301
Pittsford, New York, 14534

3. (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

Name: Meta Inc., Meta Platforms Inc.

Address: 1601 Willow Road
Menlo Park, CA, 94025

## CLAIMS

4. I was first employed by the defendant on (date): 01/04/2023

5. As nearly as possible, the date when the first alleged discriminatory act occurred is: 02/09/2023 and 02/16/2023

6. As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any did): 02/09/2023 and 02/16/2023

7. I believe that the defendant(s)

a. ✓ Are still committing these acts against me.
b. ______ Are not still committing these acts against me.
(Complete this next item **only** if you checked "b" above) The last discriminatory act against me occurred on (date) 03/14/2025

8. (Complete this section **only** if you filed a complaint with the New York State Division of Human Rights)

The date when I filed a complaint with the New York State Division of Human Rights is 01/02/2024 estimate (estimate the date, if necessary)

I filed that complaint in (identify the city and state): Rochester New York

The Complaint Number was: 10231498

9. The New York State Human Rights Commission did ✓ /did not ______ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is: 05/06/2025, willful discriminatory conduct.

11. The Equal Employment Opportunity Commission did ✓ /did not ______ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: estimate 05/10/2025. (**NOTE:** If it

**did** issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13. I am complaining in this action of the following types of actions by the defendants:

a. ✓ Failure to provide me with reasonable accommodations to the application process

b. ✓ Failure to employ me

c. ✓ Termination of my employment

d. ✓ Failure to promote me

e. ✓ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

f. ✓ Harassment on the basis of my sex

g. ✓ Harassment on the basis of unequal terms and conditions of my employment

h. ✓ Retaliation because I complained about discrimination or harassment directed toward me

i. ✓ Retaliation because I complained about discrimination or harassment directed toward others

j. ✓ Other actions (please describe) Title 18 U.S.C. § 1030, Title 1-53 U.S.C. Title 18 U.S.C. 2319, Title IX of education amendments of 1972, S.S.L.§459 Penal Law § 130.53, National Information Infracture Protection Act, Civil Free Rights section 101 ch.1 29. C.F.R. § 1601.7(a), D.R.L. § 77-J, D.R.L. 76-C, D.R.L. § 254, Title 18 U.S.C. 2261, Title 25 U.S.C.

14. Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

a. ✓ Race

b. ✓ Color

c. ✓ Sex

d. ✓ Religion

e. ✓ National Origin

f. ✓ Sexual Harassment

g. ✓ Age
03/26/1994 Date of birth

h. ✓ Disability
Are you incorrectly perceived as being disabled by your employer?
✓ yes ___ no

15. I believe that I was ✓ /was not _____ **intentionally** discriminated against by the defendant(s).

16. I believe that the defendant(s) is/are ✓ is not/are not _____ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: 05/19/2025 and why the defendant(s) stopped committing these acts against you: Defendant willfully commits acts of discrimination and retailiation against me as defined mental health law 9.39(a)

17. **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (**NOTE**: You **must** attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18. The Equal Employment Opportunity Commission *(check one)*:

_____ **has not** issued a Right to sue letter

✓ **has** issued a Right to sue letter, which I received on 05/10/2025

19. State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

I believe defendant is involved due to Article 22-5 of telecommunications Business Act in favor of plaintiff. I believe defendant is guity of engaging in U.S. 18 Code §2441 subsection(B), I believe defendant is guilty of human trafficking, child exploitation, child porography, 20 U.S.C. 1232g, C.F.R. 164.506, Terrorism, child data protection act, Digital Millineum Act, VARA act, VAWA, Bill #A1309B, Bill#S02278-A, Article 1, Section 9, clause 1.1, Bill of Rights of 1689, I believe defendant is guilty prepondering my evidence as defined in Title I, Title II, Title III, Title IV, Title VI, Title VII. Member of Plaintiff Family was murdered due to Retailiation and Defamation of character, Klinofelt Holsay Jr.

## FOR LITIGANTS ALLEGING AGE DISCRIMINATION

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct

________ 60 days or more have elapsed ✓ less than 60 days have elapsed

## FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on 01/05/2023.

22. The date on which I first asked my employer for reasonable accommodation of my disability is 01 | 05 | 2023.

23. The reasonable accommodations for my disability (if any) that my employer provided to me are: none, no accommodation was applied to plaintiff for plaintiff disability.

24. The reasonable accommodation provided to me by my employer were _____/were not ✓ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: 05/20/2025

U.D. Moni Emani Falishia Holsey UCC1-308

Plaintiff's Signature